## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT UNDERWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:16-cv-00892-LSC-TMP |
| | ) | |
| WARDEN LEON BOLLING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION

The magistrate judge filed a report on January 31, 2018, recommending the defendants' special reports be treated as motions for summary judgment and further recommending that the motions be granted.  (Doc. 26).  Although the parties initially were advised of their right to file specific written objections within fourteen days, and the magistrate judge granted the plaintiff until February 28, 2018, to file his objections, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the court **ORDERS** that the defendants' motions for summary judgment are **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** AND **ORDERED** ON MARCH 5, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704